# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ELIZABETH HOMER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01593-SAB<br><br>ORDER REGARDING STIPULATION TO FILE A CORRECTED CERTIFIED ADMINISTRATIVE RECORD<br><br>(ECF No. 12) |

On March 16, 2026, the parties filed what the Court construes as a stipulation to file a corrected copy of the certified administrative record. (ECF No. 12.) For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant shall have through **March 25, 2026**, to file a corrected copy of the certified administrative record. The scheduling order (ECF No. 3) is modified accordingly.

IT IS SO ORDERED.

Dated:    **March 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge