# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ELIZABETH HOMER, | Case No.  1:25-cv-01593-SAB |
| Plaintiff, | ORDER DISCHARGING APRIL 21, 2026 ORDER TO SHOW CAUSE AND CONTINUING DEADLINE TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **APRIL 27, 2026 DEADLINE** |
| Defendant. | |

On November 19, 2025, Plaintiff filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  On that same date, the Court issued a scheduling order.  (ECF No. 3.)  Pursuant to the scheduling order, Plaintiff's opening brief was due 30 days after the filing of the administrative record.  (Id. at 2.)  Following a stipulation to file the corrected administrative record, the operative administrative record was lodged on March 20, 2026 (ECF No. 15), and thus, Plaintiff's opening brief was due, pursuant to the scheduling order, by April 20, 2026.  However, neither an opening brief nor request for extension of time was submitted.

On April 21, 2026, the Court issued an order to show cause as to why sanctions should not be imposed.  (ECF No. 16.)  On that same date, Plaintiff filed a response indicating that in the previous motion to correct the administrative record there also contained a request to modify Plaintiff's deadline to file an opening brief to April 26, 2026.  (ECF No. 17.)  In approving the

1

stipulation, the Court's order did not indicate that this request was granted, just the administrative record. (ECF No. 14.) The Court acknowledges this stipulation and finds it appropriate to discharge the order to show cause and formally grant the request to modify Plaintiff's deadline. In the future, if an area of the stipulation is not addressed in the Court's order, the parties should seek clarification, not assumption that all of the stipulation is implicitly granted.

Accordingly, the Court ORDERS that the April 21, 2026 order to show cause is DISCHARGED. Plaintiff shall have through **April 27, 2026**, to file an opening brief. The scheduling order otherwise controls. (ECF No. 3.)

IT IS SO ORDERED.

Dated:    **April 22, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge