# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ELIZABETH HOMER, | Case No. 1:25-cv-01593-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 26) |
| Defendant. | |

Before the Court is the parties' third stipulation to extend the time in which Defendant may file a responsive brief to Plaintiff's opening brief seeking judicial review of a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. § 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **July 23, 2026**, to file a responsive brief. The scheduling order (ECF No. 3) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **July 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge