# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ELIZABETH HOMER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:25-cv-01593-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 28) |

Before the Court is the parties' fourth stipulation to extend the time in which Defendant may file a responsive brief to Plaintiff's opening brief seeking judicial review of a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. § 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **July 30, 2026**, to file a responsive brief. The scheduling order (ECF No. 3) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **July 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge